IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CARPENTERS DISTRICT COUNCIL OF KANSAS CITY PENSION FUND, a Trust Fund, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 06-0109-CV-W-FJG ) |
| JNL CONSTRUCTION CO., INC., et al., | ) ) |
| Defendants. | ) ) |

**PLAINTIFFS' EXHIBIT LIST**

COME NOW Plaintiffs, and designate the following exhibits which may be offered in evidence as part of Plaintiffs' case-in-chief in connection with Plaintiffs' claims at trial:

1. Relevant pages and lines of the deposition transcript for Defendant Nancy McAllister, individually and as corporate representative of Defendant JNL Construction Co., Inc., as separately designated by Plaintiffs;

2. Relevant pages and lines of the deposition transcript for Defendant Larry McAllister, individually and as corporate representative of Defendant TVM Rentals, LLC, as separately designated by Plaintiffs;

3. Stipulation to the Carpenters Joint Agreement (Collective Bargaining Agreement) executed by Defendant JNL Construction Co., Inc. on August 31, 1995;

4. Carpenters Joint Agreement (Collective Bargaining Agreement) covering time period of April 1, 2002 to March 31, 2005;

5. Trust document establishing Carpenters District Council of Kansas City Pension Fund;

6. Trust document establishing Carpenters District Council of Kansas City & Vicinity Welfare Fund;

7. Trust document establishing Carpenters District Council of Kansas City & Vicinity Apprenticeship & Training Fund;

8. Resolution of Carpenters District Council of Kansas City Pension Fund Board of Trustees authorizing collection of liquidated damages, interest, audit costs, and attorneys' fees;

9. Resolution of Carpenters District Council of Kansas City & Vicinity Welfare Fund Board of Trustees authorizing collection of liquidated damages, interest, audit costs, and attorneys' fees;

10. Resolution of Carpenters District Council of Kansas City Apprenticeship & Training Fund Board of Trustees authorizing collection of liquidated damages, interest, audit costs, and attorneys' fees;

11. February 10, 2006 Certified Correspondence to Secretary of Treasury and Secretary of Labor;

12. Audit summary/comments for audit performed by Construction Benefits Audit Corporation covering time period of November 1, 2003 to January 26, 2005;

13. Auditor's file materials for audit performed by Construction Benefits Audit Corporation covering time period of November 1, 2003 to January 26, 2005;

14. Construction Benefits Audit Corporation's Statement of Audit Costs;

15. Missouri Warranty Deed for sale of Pleasant Hill residence;

16. Missouri Bill of Sale for sale of property owned by Defendant JNL Construction Co., Inc. to Defendant TVM Rentals, LLC;

17. First National Bank of Missouri Checking Account Statement for account held by Defendant Larry McAllister;

18. First National Bank of Missouri Checking Account Statement for account held by Defendant JNL Construction Co., Inc.

19. First National Bank of Missouri Checking Account Statement for account held by Defendant TVM Rentals, LLC;

20. July 26, 2004 Loan Settlement Statement;

21. December 3, 2004 Loan Settlement Statement; and

22. June 30, 2005 Loan Settlement Statement.

ARNOLD, NEWBOLD, WINTER & JACKSON, P.C.


/s/ Paul E. Torlina
Michael G. Newbold, No. 25523
Paul E. Torlina, No. 52798
1125 Grand Avenue, Suite 1600
Kansas City, Missouri 64106
(816) 421-5788
(816) 471-5574 (fax)
Attorneys for Plaintiffs


**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Mr. Doug Weems, SPENCER FANE BRITT & BROWN, LLP, Attorney for Defendants.


/s/ Paul E. Torlina
Paul E. Torlina