IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CARPENTERS DISTRICT COUNCIL OF KANSAS CITY PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JNL CONSTRUCTION CO., INC., et al., <br><br> Defendants. | ) ) ) ) ) ) Case No. 06-cv-0109-FJG ) ) ) ) ) |

## DEFENDANTS' WITNESS LIST

COME NOW Defendants, by and through their counsel of record, and offer the following witnesses intended for use at trial in the above-captioned matter:

1. Benjamin W. Kasey, 221 W. Lexington, Suite 400, Independence, Missouri 64051, will testify regarding JNL Construction's collection efforts.

2. Larry McAllister.

3. Nancy McAllister.

4. All witnesses needed for impeachment or rebuttal.

5. All witnesses necessary to authenticate exhibits on Defendants' Exhibit List.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

 s/ Douglas M. Weems
Douglas M. Weems, MO #41165
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140
(816) 474-8100 – Telephone
(816) 474-3216 – Facsimile
dweems@spencerfane.com

ATTORNEYS FOR DEFENDANTS

WA 924969.1

## CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing was sent via ECF filing on this 25th day of September, 2007, to:

Michael G. Newbold
Paul Edwin Torlina
Arnold, Newbold, Winter, & Jackson, P.C.
1125 Grand Avenue, Suite 1600
Kansas City, MO 64106

                    s/ Douglas M. Weems
                    Attorney for Defendants