IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CARPENTERS DISTRICT COUNCIL OF KANSAS CITY PENSION FUND, a Trust Fund, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) No. 06-0109-CV-W-FJG<br>) |
| JNL CONSTRUCTION CO., INC., et al., | )<br>)<br>) |
| Defendants. | ) |

**PLAINTIFFS' EXHIBIT INDEX**

COME NOW Plaintiffs, and designate the following exhibit index as a summary of the exhibits which may be offered in evidence as part of Plaintiffs' case-in-chief in connection with Plaintiffs' claims at trial:

| √ =offered & admitted w/o objection<br>Ex =offered, but not objected to and excluded<br>DB =admitted, de bene | Ltd =admitted for limited purpose<br>X =offered/admitted over objection<br>NO =marked, but not offered<br>WD =offered but withdrawn |
|---|---|

| Exhibit Letter | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| A | | | | Relevant pages and lines of the deposition transcript for Defendant Nancy McAllister, individually and as corporate representative of Defendant JNL Construction Co., Inc., as separately designated by Plaintiffs |
| B | | | | Relevant pages and lines of the deposition transcript for Defendant Larry McAllister, individually and as corporate representative of Defendant TVM Rentals, LLC, as separately designated by Plaintiffs |

| | | | | |
|---|---|---|---|---|
| C | | | | Stipulation to the Carpenters Joint Agreement (Collective Bargaining Agreement) executed by Defendant JNL Construction Co., Inc. on August 31, 1995 |
| D | | | | Carpenters Joint Agreement (Collective Bargaining Agreement) covering time period of April 1, 2002 to March 31, 2005 |
| E | | | | Trust document establishing Carpenters District Council of Kansas City Pension Fund |
| F | | | | Trust document establishing Carpenters District Council of Kansas City & Vicinity Welfare Fund |
| G | | | | Trust document establishing Carpenters District Council of Kansas City & Vicinity Apprenticeship & Training Fund |
| H | | | | Resolution of Carpenters District Council of Kansas City Pension Fund Board of Trustees authorizing collection of liquidated damages, interest, audit costs, and attorneys' fees |
| I | | | | Resolution of Carpenters District Council of Kansas City & Vicinity Welfare Fund Board of Trustees authorizing collection of liquidated damages, interest, audit costs, and attorneys' fees |
| J | | | | Resolution of Carpenters District Council of Kansas City Apprenticeship & Training Fund Board of Trustees authorizing collection of liquidated damages, interest, audit costs, and attorneys' fees |
| K | | | | February 10, 2006 Certified Correspondence to Secretary of Treasury and Secretary of Labor |
| L | | | | Audit summary/comments for audit performed by Construction Benefits Audit Corporation covering time period of November 1, 2003 to January 26, 2005 |
| M | | | | Auditor's file materials for audit performed by Construction Benefits Audit Corporation covering time period of November 1, 2003 to January 26, 2005 |

| | | | | |
|---|---|---|---|---|
| N | | | | Construction Benefits Audit Corporation's Statement of Audit Costs |
| O | | | | Missouri Warranty Deed for sale of Pleasant Hill residence |
| P | | | | Missouri Bill of Sale for sale of property owned by Defendant JNL Construction Co., Inc. to Defendant TVM Rentals, LLC |
| Q | | | | First National Bank of Missouri Checking Account Statement for account held by Defendant Larry McAllister |
| R | | | | First National Bank of Missouri Checking Account Statement for account held by Defendant JNL Construction Co., Inc. |
| S | | | | First National Bank of Missouri Checking Account Statement for account held by Defendant TVM Rentals, LLC |
| T | | | | July 26, 2004 Loan Settlement Statement |
| U | | | | December 3, 2004 Loan Settlement Statement |
| V | | | | June 30, 2005 Loan Settlement Statement |

ARNOLD, NEWBOLD, WINTER & JACKSON, P.C.


/s/ Paul E. Torlina_____
Michael G. Newbold, No. 25523
Paul E. Torlina, No. 52798
1125 Grand Avenue, Suite 1600
Kansas City, Missouri 64106
(816) 421-5788
(816) 471-5574 (fax)
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Mr. Doug Weems, SPENCER FANE BRITT & BROWN, LLP, Attorney for Defendants.


/s/ Paul E. Torlina_____
Paul E. Torlina