**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| CARPENTERS DISTRICT COUNCIL OF ) | |
| KANSAS CITY PENSION FUND, a Trust Fund, et al ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 06-0109-CV-W-FJG |
| ) | |
| JNL CONSTRUCTION CO., INC., et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Currently pending before the Court is the parties' Proposed Judgment (Doc. No. 130).

Pursuant to the agreement reached by the parties, it is hereby **ORDERED** that judgment shall be entered against Defendant JNL Construction Co., Inc. (hereinafter "JNL") only and in favor of Plaintiff Funds in the amount of **ONE HUNDRED SIXTY-FIVE THOUSAND, EIGHT HUNDRED, NINETY-NINE AND 60/100 ($165,899.60) DOLLARS**, said sum being due and owing to Plaintiff Funds by Defendant JNL for delinquent employee fringe benefit contributions in the amount of One Hundred Sixteen Thousand, Seven Hundred, Fifteen and 25/100 ($116,715.25) Dollars; liquidated damages of Twenty-Three Thousand, Five Hundred, Twenty-Four and 99/100 ($23,524.99) Dollars; and interest of Twenty-Five Thousand, Six Hundred, Fifty-Nine and 36/100 ($25,659.36) Dollars.

The parties shall file any post-judgment motions within thirty (30) days of the date of the signature of this Judgment. The Court shall retain continuing jurisdiction over this matter.

**IT IS SO ORDERED.**

Date: 9/16/2011
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge